

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00287-CV

Cecil **ADAMS** and Maxine Adams,
Appellants

v.

**HARRIS COUNTY** and Christopher A. Prine, Clerk of the First Court of Appeals
Appellees

From the 269th Judicial District Court, Harris County, Texas
Trial Court No. 2014-35653
Honorable Dan Hinde, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order dismissing with prejudice Maxine and Cecil Adamses' claims against Christopher A. Prine in his official capacity as the Clerk of the First Court of Appeals is AFFIRMED. The appeals of the trial court's orders denying Maxine and Cecil Adamses' motion to dismiss Harris County's interpleader petition and granting the plea to the jurisdiction filed by Christopher Prine in his individual capacity are DISMISSED FOR LACK OF JURISDICTION.

We ORDER that Harris County and Christopher A. Prine, Clerk of the First Court of Appeals, recover their costs of this appeal from appellants Cecil Adams and Maxine Adams.

SIGNED December 9, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice